UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUSTIN JARVIS JEROME PHILLIPS,

      Plaintiff,

v.

CITY OF LIVONIA, *et al.*,

      Defendants.

_____/

Case No. 2:26-cv-10039

District Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

### ORDER GRANTING DEFENDANTS' MOTION TO STRIKE INACCURATE EVIDENCE OF SERVICE (ECF No. 29), STRIKING THE APRIL 20, 2026 CERTIFICATE OF SERVICE (ECF No. 28), and DIRECTING THE CLERK OF THE COURT TO RE-ATTEMPT SERVICE UPON DEFENDANT BRATTON (a/k/a GREEN)

This order concerns the status of service upon Defendant Suntannia Veetter Bratton (a/k/a Suntannia Green). Plaintiff identifies Bratton (Green) as "a private individual who, at all relevant times, acted jointly with Livonia Police Department officers, dispatch personnel, and municipal actors, and thereby acted under color of state law for purposes of 42 U.S.C. §§ 1983 and 1985." (ECF No. 1, ¶ 12-A.)

Plaintiff is proceeding *in forma pauperis*, and the Court and the U.S. Marshals Service (USMS) are facilitating service of process. (ECF Nos. 2, 5, 6.) On January 26, 2026, the Clerk of the Court issued a summons for service upon Bratton (Green). (ECF No. 8, PageID.58-59.) On February 9, 2026, the USMS mailed a copy to an address – one presumably supplied by Plaintiff. (ECF No. 9,

1

PageID.70.)  This attempt at service upon Bratton (Green) is in transit as of March 13, 2026, *i.e.*, service is ongoing, although it appears it is in the process of being returned to the Court.[1]

Meanwhile, on March 12, 2026, the Court directed the USMS to re-attempt service upon Marker, Scarantino, Allen, Sullivan and Vine at the same address used to serve Defendant Livonia Police Department (*i.e.*, 15050 Farmington Road, Livonia, MI 48154) (see ECF No. 9, PageID.61).  (ECF No. 23, PageID.207.)  It appears the Clerk mistakenly included Defendants Brattton (Green) and Stojceska when preparing service paperwork.  (ECF No. 24, PageID.219, 220.)  Thus, on March 31, 2026, the USMS mailed a copy to Bratton (Green) at the address of the LPD, and this later attempt at service upon Bratton (Green) was delivered on April 4, 2026 to a "front desk/reception/mail room" in Livonia, MI 48154.[2]

The Court was notified of this delivery on April 20, 2026.  (*Id.*; ECF No. 28.)  Thus, it is not surprising that, on April 28, 2026, Defendants City of Livonia, LPD, and Goldstein filed a motion to strike inaccurate evidence of service upon Defendant Bratton (Green).  (ECF No. 29.)   Upon consideration, Defendants City

---

[1] The status of this attempt at service was informed by the associated tracking number (*see* www.usps.com).

[2] *See*
https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70112970000348583
.

of Livonia, Livonia Police Department, and Goldstein's motion (ECF No. 29) is

**GRANTED**, the April 20, 2026 certificate of service (ECF No. 28) is

**STRICKEN**, and the Clerk of the Court is **DIRECTED** to re-attempt service upon

Bratton (Green) at the address initially provided by Plaintiff.

     **IT IS SO ORDERED.**[3]

Dated:  May 4, 2026

                                          _____

                                          Anthony P. Patti
                                          UNITED STATES MAGISTRATE JUDGE

---

[3] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).